# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARBARA JEAN KONE, )
)
     Plaintiff, )
)
 v. )  Civil Action No. 11-0054 (RJL)
)
DISTRICT OF COLUMBIA, *et al.*, )
)
     Defendants. )
)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant District of Columbia Public Schools' motion to dismiss [Dkt. #5] is DENIED. It is

FURTHER ORDERED that the District of Columbia is substituted as the proper party defendant, and that the District of Columbia Public Schools is DISMISSED.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

DATE: 2/14/11